# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| U.S. BANK NATIONAL ASSOC., | No. C 11-3643 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ROMMER J MIJARES, et al., | |
| Defendants. | |

On August 17, 2011, the Plaintiff in the above-captioned matter filed a motion to remand, with a noticed hearing date of September 29, 2011. (Dkt. #4.) However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the September 29 hearing and ORDERS Defendants Rommel and Christina Mijares to show cause why this case should not be remanded to the San Mateo County Superior Court. Defendants shall file a declaration by September 22, 2011, and the Court shall conduct a hearing on October 6, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 9, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge